IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 3:08-cr-16-KRG-KAP |
| ARIEL JEFFERS, | : (Case No. 3:14-cv-36-KRG-KAP) |
| Movant | : |
| ARIEL JEFFERS, | : |
| Petitioner | : Case No. 3:16-cv-82-KRG-KAP |
| v. | : (Case No. 3:08-cr-16-KRG-KAP) |
| UNITED STATES OF AMERICA, | : |
| Respondent | : |

Memorandum Order

These matters were referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 11, 2017, ECF no. 339, recommending that the motion to vacate at ECF no. 292 be denied and a certificate of appealability denied. The Magistrate Judge filed a Report and Recommendation on January 4, 2018, ECF no. 344, recommending that the petition for a writ of habeas corpus at ECF no. 315 be denied in part and dismissed in part for lack of jurisdiction.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. After extension of time was granted, Mr. Jeffers filed timely objections at ECF no. 345, that appear to relate only to the Report and Recommendation at ECF no. 339. On *de*

*novo* review they are meritless. The motion at ECF no. 346 for a further extension of time is denied. I nonetheless conducted *de novo* review of the petition, the record, and the Report and Recommendation at ECF no. 344.

After *de novo* review of the record, the Reports and Recommendations, and the objections thereto, the following order is entered:

AND NOW, this 27th day of March, 2018, it is

ORDERED that the movant's motion to vacate at ECF no. 292 is denied without a certificate of appealability, and the petitioner's petition for a writ of habeas corpus at ECF no. 315 is denied in part and dismissed in part for lack of jurisdiction. The Reports and Recommendations at ECF no. 339 and ECF no. 344 are adopted as the opinion of the Court. The Clerk shall mark the civil matters closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Ariel L. Jeffers, Reg. No. 11251-068
    U.S.P. Lee
    P.O. Box 305
    Jonesville, VA 24263