IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    v.

ARIEL JEFFERS,
    Movant

Case No. 3:08-cr-16-KRG-KAP
(Case No. 3:16-cv-82-KRG-KAP)

Order

Movant's pleading at ECF no. 348, styled Motion to Amend or Additional Findings Under Fed.R.Civ.P. 52(b), construed as a motion to alter or amend the judgment at ECF no. 347 that denied his motion to vacate at ECF no. 292, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on August 8, 2018, ECF no. 349, recommending that the motion should be denied. The parties were notified that pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Jeffers filed objections, styled Reply Brief In Opposition To Magistrate's Report And Recommendation, at ECF no. 352.

After *de novo* review of the record in this matter, the Report and Recommendation, and the objections thereto, the objections at ECF no. 352 are meritless. The following order is entered:

AND NOW, this 12th day of December 2019, it is ORDERED that the motion at ECF no. 348 is denied. The Report and Recommendation at ECF no. 349 is adopted as the opinion of the Court.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Ariel L. Jeffers, Reg. No. 11251-068
    U.S.P. Lee
    P.O. Box 305
    Jonesville, VA 24263